

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Michael Dewayne Carell,

Vs. No. 11-13-00220-CR

The State of Texas,

\* From the 371st District
Court of Tarrant County,
Trial Court No. 1295039D.

\* July 30, 2015

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.